

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-26-00084-CV

---

In re C.J.G., Appellant[1]

---

On Appeal from the County Court at Law No 6
El Paso County, Texas
Trial Court No. 2025DCV4130

---

## MEMORANDUM OPINION

On February 9, 2026, Appellant filed a document in this Court, in which she indicates that the purpose of her submission is in response to a "Notice of Dismissal for Want of Prosecution." In the document, Appellant requests an "opportunity to be heard in camera" and "an in camera review in equity." Appellant states that her "request is not brought as a complaint at law, but as a petition in equity."

---

[1] Nothing in this Court's records identifies an appellee in this case. We have therefore styled the case as *In re C.J.G.*

On February 13, 2026, we issued an order notifying Appellant that, to the extent we construed her filing as a notice of appeal, (1) nothing in her notice indicated if or when the trial court had issued an appealable order, (2) nothing in the notice showed that we have jurisdiction over her attempted appeal, and (3) her notice failed to comply with the applicable rules of appellate procedure, including the requirement that she pay the fee for filing a notice of appeal. We further notified Appellant that, to the extent she was attempting to file a petition seeking extraordinary relief, her petition failed to show how we have jurisdiction to grant the requested relief and failed to comply with the applicable rules of appellate procedure. We ordered Appellant to file a written response by February 23, 2026, that either complied with the applicable rules of appellate procedure related to filing a notice of appeal and that demonstrated how we have jurisdiction over an appeal from a ruling of the trial court, or that complied with the applicable rules of appellate procedure for filing a petition seeking extraordinary relief. Appellant did not respond.

To the extent Appellant attempts to appeal from a ruling of the trial court, we dismiss this appeal for want of jurisdiction, for failure to pay the filing fee, for failure to comply with a requirement of the rules of appellate procedure, and for failure to comply with a court order. *See* Tex. R. App. P. 42.3(a), (c). To the extent Appellant attempts to seek extraordinary relief through the filing of an original proceeding in this Court, we deny her petition. *See In re Hernandez*, No. 08-23-00160-CV, 2023 WL 4146281, at *1 (Tex. App.—El Paso June 23, 2023, orig. proceeding) (mem. op.); *In re Vasquez*, No. 08-12-00267-CV, 2012 WL 4714492, at *1 (Tex. App.—El Paso Oct. 3, 2012, orig. proceeding) (mem. op.).

MARIA SALAS MENDOZA, Chief Justice

March 2, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.

2